No. 869. FLETCHER *v.* EVENING STAR NEWSPAPER Co.; and

No. 901. FLETCHER *v.* STEPHENS ET AL. May 17, 1943. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. The CHIEF JUSTICE is of the opinion that the petitions should be granted. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. *Edmond C. Fletcher, pro se. Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for respondents in No. 901.

No. 873. UNITED STATES EX REL. INNES *v.* CRYSTAL, COMMANDING OFFICER. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied on the ground that the cause is moot, it appearing that petitioner no longer is in respondent's custody, *Zimmerman* v. *Walker, ante,* p. 744, and cases cited. *Peter J. Innes, Jr., pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 1011. ROBINSON *v.* ALABAMA; and

No. 1012. DANIELS *v.* ALABAMA. May 17, 1943. The petitions for writs of certiorari to the Supreme Court of Alabama are denied. The stay orders heretofore entered are vacated. *Mr. Leon Ransom* for petitioners.